**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER

            PLAINTIFF

V.

ARVEST BANK

         DEFENDANT

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CASE NO 4:17CV00763 SWW

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE,

for lack of subject matter jurisdiction.

IT IS SO ORDERED, THIS 6TH DAY OF DECEMBER, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE